Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
UNITED STATES OF AMERICA v.

MARK ALLIE, et al.

Docket No.: 13-cr-242

The Hon. Shira A. Scheindlin
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other | ✓ Suppression of Evidence as to Jonathan Sambula
(specify)
entered in this action on December 2, 2013.
(date)

This appeal concerns: Conviction only |___ Sentence only |___ Conviction & Sentence |___ Other | ✓

Defendant found guilty by plea | | trial | | N/A | ✓ .

Offense occurred after November 1, 1987? Yes | ✓ | No | N/A [

Date of sentence: _____ N/A | ✓ |

Bail/Jail Disposition: Committed | ✓ Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Stewart L. Orden |
| Counsel's Address: | 2 Gannett Drive Suite 418 |
| | White Plains, NY 10604 |
| Counsel's Phone: | (914) 393-9450 |
| Assistant U.S. Attorney: | Jared Lenow |
| AUSA's Address: | U.S. Attorney's Office, Southern District of New York |
| | One St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | 212-637-1068 |

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MARK ALLIE, et al.,<br><br>                Defendants. | CERTIFICATION<br><br>13 Cr. 242 (SAS) |

Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the order of the district court dated December 2, 2013 (the "December 2 Order"), granting defendant Jonathan Sambula's motion to suppress, is not taken for purpose of delay, and that the evidence suppressed pursuant to the December 2 Order is a substantial proof of a fact material in the proceeding.

Dated: New York, New York
       January 2, 2014

                                                      _____
                                                      PREET BHARARA
                                                      United States Attorney
                                                      Southern District of New York

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by electronic mail and ECF on January 2, 2014 on:

Stewart L. Orden
Attorney at Law
2 Gannett Drive Suite 418
White Plains, NY 10604
Tel. (914) 393-9450
Fax. (914) 472-1111
stewartorden@stewartorden.com

                                                                     _____
                                                                     Jared Lenow
                                                                     Assistant United States Attorney
                                                                   (212) 637-1068

Dated:        New York, New York
               January 2, 2014