USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 0 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA          :

       v.                         :          SUPERSEDING
                                             INDICTMENT

JONATHAN SAMBULA,                 :
    a/k/a "Bula,"                         S1 13 Cr. 242 (SAS)
                                  :

    Defendant.                    :

------------------------------X

COUNT ONE

    The Grand Jury charges:

    1.   From at least approximately in or about 2008 up to and including on or about April 2, 2013, in the Southern District of New York and elsewhere, JONATHAN SAMBULA, a/k/a "Bula," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that JONATHAN SAMBULA, a/k/a "Bula," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    3.   The controlled substances that JONATHAN SAMBULA, a/k/a "Bula," the defendant, conspired to distribute and possess

with the intent to distribute were (a) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A), and (b) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, commonly referred to as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.     From at least approximately in or about 2008 up to and including on or about April 2, 2013, in the Southern District of New York and elsewhere, JONATHAN SAMBULA, a/k/a "Bula," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, at least one of which was discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii)
and 2.)

## COUNT THREE

The Grand Jury further charges:

5.    On or about December 23, 2012, in the Southern District of New York and elsewhere, JONATHAN SAMBULA, a/k/a "Bula," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a .38 caliber Smith & Wesson revolver and .380 caliber Talon pistol, both of which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE ALLEGATION

6.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, JONATHAN SAMBULA, a/k/a "Bula," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum in United States Currency representing the amount of proceeds obtained as a result of the offense.

8.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of JONATHAN SAMBULA, a/k/a "Bula," the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JONATHAN SAMBULA,
a/k/a "Bula,

Defendant.

### SUPERSEDING INDICTMENT

S1 13 Cr. 242 (SAS)

(21 U.S.C. §§ 846;
18 U.S.C. §§ 922(g), 924(c), and 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

-TRUE BILL ₮ S. INDICTMENT.
- USMJ  RONALD L. ELLIS
6-20-14