

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2014

**BY ECF**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007-1312

    Re: *United States* v. *Jonathan Sambula*, S1 13 Cr. 242 (SAS)

Dear Judge Scheindlin:

   Yesterday, June 19, 2014 the Government received the defendant's first motion *in limine*. The Court initially ordered that any motions *in limine* be filed June 13, with responses due one week later, and replies due five days thereafter.

   The Government respectfully requests that it be permitted to file a response to defendant's June 19, 2014 motion within five days of its filing (June 24, 2014).

            Respectfully submitted,

             PREET BHARARA
             United States Attorney


          By:    s/ Jared Lenow
             Joshua Naftalis / Jared Lenow
             Assistant United States Attorneys
             (212) 637-2310 / 1068

cc: Stewart Orden, Esq., Counsel for Defendant Jonathan Sambula (By ECF and E-Mail)