Case 1:13-cr-00242-SAS   Document 258   Filed 06/20/14   Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2014

*[handwritten: The Government's request is granted. The Government's response is due June 24, 2014. The reply is due June 27, 2014.]*

*[handwritten: So Ordered.]*

*[signature]*

*[handwritten: Hon. Shira A. Scheindlin*
*U.S.D.J.*
*June 20, 2014]*

BY ECF

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007-1312

Re:   ***United States* v. *Jonathan Sambula*, S1 13 Cr. 242 (SAS)**

Dear Judge Scheindlin:

Yesterday, June 19, 2014 the Government received the defendant's first motion *in limine*. The Court initially ordered that any motions *in limine* be filed June 13, with responses due one week later, and replies due five days thereafter.

The Government respectfully requests that it be permitted to file a response to defendant's June 19, 2014 motion within five days of its filing (June 24, 2014).

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   ___s/ Jared Lenow___
Joshua Naftalis / Jared Lenow
Assistant United States Attorneys
(212) 637-2310 / 1068

cc:   Stewart Orden, Esq., Counsel for Defendant Jonathan Sambula (By ECF and E-Mail)