USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA :  **ORDER**
:
    - v. - :  S1 13 Cr. 242 (SAS)
:
JONATHAN SAMBULA, :
  a/k/a "Bula", :
:
               Defendant. :
------------------------------------X

WHEREAS, with the consent of defendant JONATHAN SAMBULA, a/k/a "Bula", the defendant's guilty plea allocution was taken before a United States Magistrate Judge on June 24, 2014;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
         July 21, 2014

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE
Southern District of New York