**Stewart L. Orden**
**Attorney at Law**
2 Westchester Park Drive Suite 418
White Plains, New York 10604
Tel. (914) 393-9450
Fax. (914) 472-1111
e-mail stewartorden@stewartorden.com[*]
www.stewartorden.com

October 2, 2014

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

BY ECF AND FAX

RE:    United States v. Jonathan Sambula
        13 CR 242 (SAS)

Dear Judge Scheindlin,

I respectfully request permission to submit interim vouchers in this matter.

Respectfully submitted,

_____
Stewart L. Orden

---

[*] Not for service