**STEWART L. ORDEN**
**ATTORNEY AT LAW**
2 WESTCHESTER PARK DRIVE SUITE 418
WHITE PLAINS, NEW YORK 10604
TEL. (914) 393-9450
FAX. (914) 472-1111
E-MAIL STEWARTORDEN@STEWARTORDEN.COM*
WWW.STEWARTORDEN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/14

October 2, 2014

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

BY ECF AND FAX

RE: United States v. Jonathan Sambula
    13 CR 242 (SAS)

Dear Judge Scheindlin,

I respectfully request permission to submit interim vouchers in this matter.

Respectfully submitted,

Stewart L. Orden
*Digitally signed by Stewart L. Orden*
*DN: cn=Stewart L. Orden, o=Attorney at Law, ou, email=stewartorden@stewartorden.com, c=US*
*Date: 2014.10.02 16:48:47 -04'00'*

Stewart L. Orden

*Handwritten annotation:* The request to submit interim vouchers is GRANTED.

SO ORDERED.

10/21/14  Hon. Shira A. Scheindlin
U.S.D.J

---

* Not for service