USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/14

**STEWART L. ORDEN**
**ATTORNEY AT LAW**
2 WESTCHESTER PARK DRIVE SUITE 418
WHITE PLAINS, NEW YORK 10604
TEL. (914) 393-9450
FAX. (914) 472-1111
E-MAIL STEWARTORDEN@STEWARTORDEN.COM
WWW.STEWARTORDEN.COM

*The request is granted. The sentence is adjourned to January 16, 2015 at 4 pm. The Clerk of Court is directed to close this motion [Docket No. 457].*

*So Ordered*

*Hon. Shira A. Scheindlin*
*U.S.D.J.*
*12/1/14*

November 29, 2014

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

BY ECF

RE:   *United States v Allie et. al., (Jonathan Sambula)*
      13-CR-242

Dear Judge Scheindlin,

   Mr. Sambula is presently scheduled for sentencing on January 7, 2015. I have been invited to give a demonstration on cross examination to the faculty and students at th Cardozo ITAP program on that date at 4:10 PM and respectfully request a very short adjournment until the wee of the January 12th other than the 15th at 4 PM. when I have another sentence scheduled. I have communicated with the government who consents to this request

Respectfully submitted,

Stewart L. Orden
*Digitally signed by Stewart L. Orden*
*DN: cn=Stewart L. Orden, o=Attorney at Law, ou, email=stewartorden@stewartorden.com, c=US*
*Date: 2014.11.29 15:18:01 -05'00'*

Stewart L. Orden

cc:   Jared Lenow, Esq.
      by email