STEWART L. ORDEN
Attorney at Law
2 Westchester Park Drive Suite 418
White Plains, New York 10604
TEL. (914) 393-9450
FAX. (914) 472-1111
e-mail stewartorden@stewartorden.com
www.stewartorden.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/15

January 6, 2015

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

BY E-Mail

RE: *United States v Allie et. al., (Jonathan Sambula)*
13-CR-242

> Request granted. The conference scheduled on January 14, 2015 is adjourned and rescheduled for February 13, 2015 at 4:30 pm.
>
> SO ORDERED
> Shira A. Scheindlin, USDJ
> 1/6/15

Dear Judge Scheindlin,

Mr. Sambula is presently scheduled for sentencing on January 16, 2015. I would respectfully request an adjournment for three weeks in this matter. I have communicated with the government who consents to this request

Respectfully submitted,

Stewart L. Orden

cc: Jared Lenow, Esq.
by email