```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    13cr242-3 (DLC)
                                           :
            -v-                            :    ORDER
                                           :
JONATHAN SAMBULA,                          :
                                           :
                  Defendant.               :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that C.J.A. counsel Jesse M. Siegel is appointed to represent defendant Jonathan Sambula in his violation of supervised release proceedings.

SO ORDERED:

Dated:   New York, New York
         January 19, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge