```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    13cr242-3 (DLC)
                                           :
            -v-                            :    ORDER
                                           :
JONATHAN SAMBULA,                          :
                                           :
                        Defendant.         :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the hearing regarding specifications of violation supervised release scheduled for **January 28, 2022,** at 2:00 PM is moved to **1:00 PM** and will still take place via Microsoft Teams. Please refer to the Order issued on January 27 for all other information regarding accessing the conference.

SO ORDERED:

Dated:   New York, New York
         January 28, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge