```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    13cr242-3 (DLC)
                                           :
            -v-                            :    ORDER
                                           :
JONATHAN SAMBULA,                          :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the hearing regarding specifications of violation of supervised release scheduled for June 9 is adjourned **June 30, 2022 at 12:00 PM.**

    SO ORDERED:

Dated:    New York, New York
           June 8, 2022

                                            DENISE COTE
                                United States District Judge